1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700



**FILED**

JAN 1 0 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )  2:12-cr-0013 CKD
                               )
        Plaintiff,             )  VIOLATION: 18 U.S.C. § 661-
                               )  Theft of Personal Property
    v.                         )
                               )
TAMARA A. CLAIRBORNE,          )
                               )
        Defendant.             )
_____)

I N F O R M A T I O N

COUNT ONE:  [18 U.S.C. § 661 - Theft of Personal Property]

    The United States Attorney charges:  T H A T

                TAMARA A. CLAIRBORNE,

defendant herein, on or about September 21, 2011, at the Sacramento Veterans Affairs Medical Center, in the County of Sacramento, State and Eastern District of California, within the special maritime and territorial jurisdiction of the United States, did willfully and knowingly take and carry away with the intent to steal and purloin, the personal property of another, of a value not in excess of $1,000.00, to wit: the purse of a patron

///

1  of the VA Medical Center, in violation of Title 18, United States
2  Code, Section 661, a Class A misdemeanor.
3
4  DATED: January 10, 2012             BENJAMIN B. WAGNER
                                       United States Attorney
5
6                                  By: _____
                                       JUSTIN L. LEE
7                                      Special Assistant U.S. Attorney
8

PENALTY SLIP

United States v. Tamara A. Clairborne

COUNT 1:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 661 - Theft of Personal Property |
| PENALTY: | Fine of not more than $100,000 and/or imprisonment of not more than one year |
| SUPERVISED RELEASE: | One-year term of supervised release |
| COURT ASSESSMENT: | $25.00 |
| RESTITUTION: | Mandatory restitution under 18 U.S.C. § 3663A(a)(1) |