DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TAMARA CLAIRBORNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:12-cr-00013 CKD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO VACATE |
| v. ) | TRIAL CONFIRMATION AND JURY TRIAL |
| ) | DATES AND RESET AS STATUS |
| TAMARA CLAIRBORNE, ) | CONFERENCE |
| ) | |
| Defendant. ) | |
| ) | Date: February 27, 2012 |
| _____ ) | March 12, 2012 |
| | Time: 2:00 p.m. and 9:00 a.m. |
| | Judge: Hon. Carolyn K. Delaney |

The United States of America, through Justin Lee, Special Assistant United States Attorney, together with defendant, Tamara Clairborne, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the trial confirmation hearing set for February 27, 2012 at 2:00 pm and the jury trial set for March 12, 2012 at 9:00 am and reset a

status conference for March 15, 2012 at 9:00 am.  The defense is conducting an investigation and attempting to locate additional parties that may have knowledge of this case.  Time is to be excluded under local code T4 as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  February 14, 2012

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Linda Harter
                              LINDA HARTER
                              Assistant Federal Defender
                              Attorney for Defendant
                              TAMARA CLAIRBORNE


Dated: February 14, 2012        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Justin Lee
                              Justin Lee
                              Special Assistant U.S. Attorney

                                        ORDER

IT IS SO ORDERED.


Dated: February 15, 2012

                              CAROLYN K. DELANEY
                              UNITED STATES MAGISTRATE JUDGE