```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00013-CKD |
| Plaintiff, | STIPULATION TO SET TRIAL CONFIRMATION HEARING AND JURY TRIAL, VACATE STATUS HEARING, EXCLUDE TIME; AND right, ORDER |
| v. | |
| TAMARA A. CLAIRBORNE, and RODNEY L. TAYLOR, | |
| | DATE: April 26, 2012 |
| | TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between the United States and the defendants, by and through their respective counsel, to set the Trial Confirmation Hearing for June 21, 2012 at 9:00 a.m., set the Jury Trial for July 9, 2012 at 9:00 a.m., and vacate the Status Hearing set for April 26, 2012 at 9:00 a.m.

Additionally, the parties stipulate and agree that time should be excluded from the signing of this Order until June 21, 2012, under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) to ensure continuity of counsel for both defendants and to allow counsel for the defendants and the United States reasonable time necessary for effective preparation. The parties request that

1

the Court make a finding that the ends of justice served by the granting of such continuance outweighs the best interests of the public and the defendants in a speedy trial.

DATED: April 24, 2012     BENJAMIN B. WAGNER
                          United States Attorney


                           /s/ Justin L. Lee
                          JUSTIN L. LEE
                          Special Assistant U.S. Attorney

DATED: April 24, 2012     DANIEL J. BRODERICK
                          Federal Defender


                          (as authorized on 4/24/2012)
                           /s/ Linda Harter
                          LINDA HARTER
                          Chief Assistant Federal Defender
                          Attorney for Tamara Clairborne


                          (as authorized on 4/24/2012)
DATED: April 24, 2012      /s/ Kendall Dawson Wasley
                          KENDALL DAWSON WASLEY
                          Attorney for Rodney Taylor




                          O R D E R

    IT IS SO ORDERED.

DATED: April 25  , 2012


                           /s/ Carolyn K. Delaney
                          HONORABLE CAROLYN K. DELANEY
                          United States Magistrate Judge