BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
CHRIS CHANG
JUSTIN L. LEE
Special Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00013-CKD |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF HENTHORN MATERIALS |
| v. | |
| RODNEY L. TAYLOR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Justin L. Lee, Special Assistant U.S. Attorney, representing plaintiff United States of America, and Jennifer Noble, representing defendant Rodney Taylor, that the documents that will be provided to defense counsel pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) in this case are subject to limitations on dissemination as set forth herein. The parties respectfully request that the court order these limitations by signing this Stipulation and entering it on the record as a Protective Order applicable to all *Henthorn* material provided by the government to defense counsel in this case.

1

The parties agree that the *Henthorn* material in this case contains "Protected Information," which is defined here as including the names, disciplinary actions, and conduct of a specific law enforcement officer involved in this case.

Defense counsel agrees not to share any documents that contain Protected Information with anyone other than defense counsel and defense counsel's support staff. Defense counsel may permit the defendant to view the documents in the presence of his defense counsel and support staff, so long as defense counsel and support staff do not allow the defendant to copy or retain copies of the Protected Information.

In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this Stipulation and [Proposed] Protective Order.

DATE: June 14, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Justin L. Lee
JUSTIN L. LEE
Special Assistant U.S. Attorney

DATE: June 14, 2012  /s/ Jennifer Noble
JENNIFER NOBLE
Attorney for Rodney Taylor

**IT IS SO ORDERED:**

DATED: June 14, 2012  /s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge