JENNIFER C. NOBLE, ESQ., CSBN 256952
WISEMAN LAW GROUP, P.C.
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:   530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
   **RODNEY TAYLOR**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY TAYLOR, <br><br> Defendant. | ) Case No. 2:12-CR-00013-CKD <br> ) <br> ) <br> ) **DEFENDANT TAYLOR'S EX PARTE** <br> ) **APPLICATION FOR TRAVEL** <br> ) **EXPENSES AND PROPOSED ORDER** <br> ) <br> ) **Date:   July 9, 2012** <br> ) **Time:  1:30 p.m.** <br> ) **Crtm:  26** <br> ) <br> ) <br> ) <br> ) |

**INTRODUCTION**

Defendant Rodney Taylor hereby requests the Court authorize travel expenses to and from court for the duration of his trial, pursuant to 18 U.S.C. § 4285. Mr. Taylor is unable to afford his own transportation costs from his temporary residence to the trial. The trial is set to begin on July 9, 2012 and is expected to last five (5) days.

Under § 4285, the Court may, after determining that "the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where

his appearance is required, and in addition may direct the United States Marshal to furnish that person with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under § 5702(a) of title 5, Untied States Code." 18 U.S.C. § 4285.

Mr. Taylor estimates that the travel expense will be $60.00 per day for the 5 court days. Mr. Taylor will be staying with his brother in South Sacramento for the duration of the trial, however has no transportation and will, therefore, need taxi fare to and from court each day of trial. This arrangement is more cost effective than providing hotel accommodations for Mr. Taylor at a hotel within walking distance of the courthouse.

Dated: July 2 2012                Respectfully submitted,

By: /s/ Jennifer C. Noble
    JENNIFER C. NOBLE, ESQ.
    Attorney for Defendant
    RODNEY TAYLOR

## ORDER

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

GOOD CAUSE APPEARING, it is hereby ordered that the UNITED STATES MARSHAL SERVICE is authorized and directed to furnish the above named defendant, RODNEY TAYLOR, with transportation expenses in the amount of $60.00 per day for the duration of his trial beginning on July 9, 2012. Mr. Taylor is unable to afford his own transportation.

Furthermore, Mr. Taylor is ordered to appear before this court on July 9, 2012, at 1:30 p.m.

Dated: July 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE