**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P. C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95618
   Telephone:  530.759.0700
   Facsimile:   530.759.0800

**Attorney for Defendant**
RODNEY TAYLOR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.:  CR-S 12-00013-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| RODNEY TAYLOR and TAMARA CLAIRBORNE, | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Jill Thomas, Assistant United States Attorney, Defendant, RODNEY TAYLOR, through his counsel of record, Jennifer C. Noble, and Defendant TAMARA CLAIRBORNE, through her counsel of record, Linda Harter, without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendants now scheduled for September 20, 2012 at 9:30 a.m., be rescheduled to, November 15, 2012 at 9:30 a.m.

Pursuant to this stipulation, the Proposed Presentence Report shall be disclosed to Counsel no later than October 4, 2012, Defendant's Written Objections shall be due October 18, 2012, Pre-Sentence Report shall be filed with the Court

October 25, 2012, Defendant's Motion to Correct the Presentence Report shall be due on November 1, 2012, and Plaintiff's Opposition/Reply to said motion shall be due on November 8, 2012.

The parties are requesting this continuance to allow all parties additional time to meet with Defendants.

**IT IS SO STIPULATED.**

DATED: August 16, 2012        Respectfully submitted,

                                        WISEMAN LAW GROUP, P.C.

                                        By:    /s/ Jennifer C. Noble
                                                   JENNIFER C. NOBLE
                                                   Attorney for Defendant
                                                   RODNEY TAYLOR

DATED: August 16, 2012        By:    /s/ Jennifer C. Noble for
                                                     LINDA HARTER
                                                   Attorney for Defendant
                                                   TAMARA CLAIRBORNE

Dated: August 16, 2012        BENJAMIN B. WAGNER
                                                 United States Attorney

                                        By: /s/ Jennifer C. Noble for
                                                 JILL THOMAS
                                                 Assistant U.S. Attorneys
                                                 Attorney for the United States

## PROPOSED ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to November 15, 2012 at 9:30 a.m. and the other dates adjust as noted by stipulation.

Dated: August 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE